■ In the Matter of KAYSHAWN W., Appellant. [40 NYS3d 899]— Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about October 20, 2015, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]; *Matter of Benjamin C.*, 44 AD3d 535 [1st Dept 2007]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points that could be raised on this appeal. Concur—Mazzarelli, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.